# EXHIBIT 1

EXHIBIT 1          Hampton, Tammy v. Underlining, Inc. l Case No. 1:26-cv-02488

| * | Time Log | Name | Title | Task | Rate | Fees |
|---|---|---|---|---|---|---|
| 2/27/26 | 1.6 | Michael Ohrenberger | Lead Associate | Develop litigation strategy on behalf of Plaintiff Tammy Hampton by reviewing client intake materials, pre-suit accessibility expert reports, Defendant's website, Web Content Accessibility Guidelines (WCAG) standards, and relevant Americans with Disabilities ("ADA") Title III authority to assess appropriate claims, factual allegations, jurisdiction, and venue for the class action Complaint. | $500.00 | $800.00 |
| 2/27/26 | 0.7 | Michael Ohrenberger | Lead Associate | Draft Plaintiff's class action Complaint asserting ADA Title III website-accessibility claims, declaratory relief, negligent infliction of emotional distress, and related injunctive and damages relief. | $500.00 | $350.00 |
| 2/27/26 | 1.2 | Michael Ohrenberger | Lead Associate | Draft factual allegations regarding Plaintiff's disability, screen-reader use, attempted website access, product-purchase intent, and specific accessibility barriers encountered on Defendant's website for Plaintiff's class action Complaint. | $500.00 | $600.00 |
| 2/27/26 | 0.3 | Michael Ohrenberger | Lead Associate | Draft jurisdiction, venue, party, and public-accommodation allegations concerning Defendant's website, business operations, and alleged conduct in this District for Plaintiff's class action Complaint. | $500.00 | $150.00 |
| 2/27/26 | 0.6 | Michael Ohrenberger | Lead Associate | Draft Rule 23 class allegations, including proposed class definition, commonality, typicality, adequacy, and Rule 23(b)(2)/(b)(3) certification allegations for Plaintiff's class action Complaint. | $500.00 | $300.00 |
| 2/27/26 | 0.3 | Michael Ohrenberger | Lead Associate | Draft prayer for relief seeking injunctive relief, declaratory relief, costs, attorneys' fees, expert fees, and other appropriate relief for Plaintiff's class action Complaint. | $500.00 | $150.00 |
| 3/2/26 | 0.5 | Michael Ohrenberger | Lead Associate | Review and revise Complaint for factual accuracy, legal sufficiency, consistency, and filing readiness for client review. | $500.00 | $250.00 |
| 3/3/26 | 0.7 | Paralegal | Paralegal | Correspond with client regarding draft class action Complaint review and approval, and relayed client questions to lead attorney as needed. | $300.00 | $210.00 |
| 3/4/26 | 0.8 | Michael Ohrenberger | Lead Associate | Review and revise class action Complaint for factual accuracy, legal sufficiency, consistency, and filing readiness based on client review. | $500.00 | $400.00 |
| 3/5/26 | 0.5 | Paralegal | Paralegal | Analyze U.S. District Court, Northern District of Illinois ("NDIL") Local Rules, filing requirements and prepared initiating documents, including class action Complaint, civil cover sheet, summons materials, and related filing documents, for commencement of action. | $300.00 | $150.00 |
| 3/5/26 | 0.2 | Michael Ohrenberger | Lead Associate | Review and approve initiating documents for filing readiness, including class action Complaint, civil cover sheet, summons materials, and related filing documents. | $500.00 | $100.00 |
| 3/5/26 | 0.4 | Paralegal | Paralegal | File Plaintiff's class action Complaint, civil cover sheet, attorney appearance, summons materials, and related initiating documents, and confirm docket submission after filing. | $300.00 | $120.00 |
| 3/7/26 | 0.4 | Paralegal | Paralegal | Prepare service packet for Defendant, including summons, class action Complaint, and relevant court filings; forwarded materials to process server with instructions regarding Defendant's registered agent and service requirements. | $300.00 | $120.00 |
| 3/14/26 | 0.2 | Michael Ohrenberger | Lead Associate | Review process server's executed proof of service for accuracy, including service date, method of service, and Defendant information to approve proof of service for filing with the Court. | $500.00 | $100.00 |
| 3/17/26 | 0.5 | Paralegal | Paralegal | Review process server materials, prepare Summons Returned Executed, and file service documentation through CM/ECF. | $300.00 | $150.00 |
| 3/27/26 | 0.2 | Michael Ohrenberger | Lead Associate | Review ECF No. 7 minute entry modifying the initial scheduling order to determine the impact on case deadlines, procedural posture, and update litigation strategy. | $500.00 | $100.00 |
| 4/8/26 | 0.3 | Michael Ohrenberger | Lead Associate | Review and analyze docket, service filing, and Defendant's answer deadline to determine whether Defendant had failed to timely appear or respond and to assess case posture before informal outreach to Defendant. | $500.00 | $150.00 |

EXHIBIT 1      Hampton, Tammy v. Underlining, Inc. l Case No. 1:26-cv-02488

| Date | Hours | Timekeeper | Role | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/8/26 | 0.2 | Paralegal | Paralegal | Draft email to Defendant advising that the deadline to respond to the Complaint had passed and that Plaintiff intended to proceed with default judgment absent a response to Plaintiff's counsel. | $300.00 | $60.00 |
| 4/8/26 | 0.2 | Paralegal | Paralegal | Prepare physical mailing packet to Defendant concerning Defendant's failure to timely respond to the Complaint and Plaintiff's intent to proceed with default judgment absent a response. | $300.00 | $60.00 |
| 4/8/26 | 0.5 | Michael Ohrenberger | Lead Associate | Review and analyze available alternative contact information for Defendant, including mailing addresses and email addresses to determine an appropriate informal outreach strategy as a reasonable effort to avoid unnecessary motion practice before seeking default/default judgment. | $500.00 | $250.00 |
| 4/8/26 | 0.5 | Michael Ohrenberger | Lead Associate | Revise and finalize April 8, 2026 email and physical mailing correspondence to Defendant concerning Defendant's failure to timely respond to the Complaint and Plaintiff's intent to proceed with default judgment absent a response, and determine Plaintiff's litigation strategy. | $500.00 | $250.00 |
| 4/8/26 | 0.1 | Paralegal | Paralegal | Send finalized April 8, 2026 email to Defendant concerning Defendant's failure to timely respond to the Complaint and Plaintiff's intent to proceed with default judgment absent a response, and determine Plaintiff's litigation strategy. | $300.00 | $30.00 |
| 4/9/25 | 0.3 | Michael Ohrenberger | Lead Associate | Review docket, case posture, and applicable deadlines to assess next litigation steps in accordance with the upcoming April 27, 2026 docket deadline. | $500.00 | $150.00 |
| 4/10/25 | 0.4 | Paralegal | Paralegal | Analyze Honorable Edmond E. Chang's case management procedures, standing orders, and initial status report requirements for new civil cases. | $300.00 | $120.00 |
| 4/10/26 | 0.8 | Paralegal | Paralegal | Draft Plaintiff's initial status report for attorney review pursuant to Judge Chang's standing order and new civil case reporting requirements, including review of the docket, applicable deadlines, case posture, status of service, and proposed litigation schedule. | $300.00 | $240.00 |
| 4/10/26 | 0.2 | Michael Ohrenberger | Lead Associate | Analyze Judge Chang's case management procedures, standing orders, and initial status report requirements for new civil cases to assess implications for Plaintiff's case deadlines and litigation strategy. | $500.00 | $100.00 |
| 4/10/26 | 0.4 | Michael Ohrenberger | Lead Associate | Review and revise Plaintiff's initial status report for filing readiness. | $500.00 | $200.00 |
| 4/10/26 | 0.2 | Paralegal | Paralegal | Prepare and file Plaintiff's initial status report through CM/ECF, and confirm docket submission after filing. | $300.00 | $60.00 |
| 4/14/26 | 0.2 | Michael Ohrenberger | Lead Associate | Review ECF No. 10 minute entry setting April 27, 2026 deadline for Plaintiff to file any motion for entry of default judgment to assess impact on case deadlines and litigation strategy. | $500.00 | $100.00 |
| 4/25/26 | 0.3 | Michael Ohrenberger | Lead Associate | Analyze case posture, docket status, and confirm Defendant's failure to appear or file a responsive pleading to determine whether a request for entry of default is appropriate pursuant to Federal Rule of Civil Procedure 55(a). | $500.00 | $150.00 |
| 4/27/26 | 0.4 | Michael Ohrenberger | Lead Associate | Draft "Request for Clerk's Certificate of Default" and "Affirmation in support of Request for Clerk's Certificate of Default" due to Defendant's failure to appear or file a responsive pleading. | $500.00 | $200.00 |
| 4/27/26 | 0.1 | Paralegal | Paralegal | Prepare and file Plaintiff's "Request for Clerk's Certificate of Default" and "Affirmation in support of Request for Clerk's Certificate of Default", and confirm docket submission after filing. | $300.00 | $30.00 |
| 4/29/26 | 0.2 | Michael Ohrenberger | Lead Associate | Review ECF No. 13 minute entry before the Honorable Edmond E. Chang granting entry of default and analyze notice of presentment requirements for default-related motions. | $500.00 | $100.00 |

EXHIBIT 1          Hampton, Tammy v. Underlining, Inc. I Case No. 1:26-cv-02488

| Date | Hours | Name | Role | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/12/26 | 0.6 | Michael Ohrenberger | Lead Associate | Analyze docket, pleadings, service history, Summons Returned Executed, Defendant's failure to appear or file a responsive pleading, expiration of Defendant's answer deadline, and applicable requirements under Fed. R. Civ. P. 55 to assess Plaintiff's grounds for seeking default judgment, including liability, requested injunctive relief, attorneys' fees, costs, and litigation expenses to determine the likelihood success of success on a motion for default judgment. | $500.00 | $300.00 |
| 5/13/26 | 1.1 | Michael Ohrenberger | Lead Associate | Draft Plaintiff's Motion for Default Judgment, including procedural background, service and default history, Defendant's failure to appear or otherwise defend, legal standard under Fed. R. Civ. P. 55, liability analysis under Title III of the ADA, requested injunctive relief, attorneys' fees, costs, litigation expenses, and proposed form of relief for filing readiness. | $500.00 | $550.00 |
| 5/13/26 | 0.1 | Paralegal | Paralegal | Prepare and file Plaintiff's Motion for Default Judgment, and confirm docket submission after filing. | $300.00 | $30.00 |
| 5/17/26 | 0.1 | Michael Ohrenberger | Lead Associate | Review Default Judgment Order, minute entry, and fee-motion deadline to assess requirements for post-judgment attorneys' fees and costs petition. | $500.00 | $50.00 |
| 5/18/26 | 0.5 | Michael Ohrenberger | Lead Associate | Review billing records, costs, and litigation expenses to identify recoverable attorneys' fees, taxable costs, and non-taxable litigation expenses. | $500.00 | $250.00 |
| 5/22/26 | 0.4 | Michael Ohrenberger | Lead Associate | Analyze ADA fee-shifting authority under 42 U.S.C. § 12205 and applicable standards for recovering attorneys' fees, litigation expenses, and costs. | $500.00 | $200.00 |
| 5/23/26 | 0.6 | Michael Ohrenberger | Lead Associate | Analyze relevant authority regarding reasonable hourly rates for ADA Title III and website-accessibility litigation. | $500.00 | $300.00 |
| 5/25/26 | 0.4 | Michael Ohrenberger | Lead Associate | Research relevant authority regarding recovery of fee-application time, including compensability of time spent preparing and litigating attorneys' fee motions. | $500.00 | $200.00 |
| 5/28/26 | 0.3 | Michael Ohrenberger | Lead Associate | Analyze counsel's hourly rate, experience, contingent-fee risk, nature of ADA website-accessibility litigation, and comparable fee awards to support reasonableness of requested rate. | $500.00 | $150.00 |
| 6/1/26 | 0.4 | Michael Ohrenberger | Lead Associate | Review and analyze time entries for reasonableness, billing judgment, duplication, and task descriptions in preparation for fee petition. | $500.00 | $200.00 |
| 6/2/26 | 1.1 | Michael Ohrenberger | Lead Associate | Draft Motion for Attorneys' Fees, Costs, and Litigation Expenses, including procedural history, prevailing-party status, fee-shifting authority, and lodestar analysis. | $500.00 | $550.00 |
| 6/2/26 | 0.5 | Michael Ohrenberger | Lead Associate | Draft argument supporting reasonableness of counsel's hourly rate and hours expended in litigating the matter. | $500.00 | $250.00 |
| 6/2/26 | 0.4 | Michael Ohrenberger | Lead Associate | Draft argument supporting recovery of taxable costs and non-taxable litigation expenses, including website-audit and expert-related expenses. | $500.00 | $200.00 |
| 6/2/26 | 0.5 | Michael Ohrenberger | Lead Associate | Prepare attorney declaration in support of Motion for Attorneys' Fees, Costs, and Litigation Expenses. | $500.00 | $250.00 |
| 6/4/26 | 0.6 | Michael Ohrenberger | Lead Associate | Prepare exhibits in support of fee motion, including billing records, cost documentation, and litigation-expense materials. | $500.00 | $300.00 |
| 6/5/26 | 0.8 | Michael Ohrenberger | Lead Associate | Review and revised fee motion, declaration, and exhibits for accuracy, consistency, legal sufficiency, and filing readiness. | $500.00 | $400.00 |
| 6/5/26 | 0.5 | Michael Ohrenberger | Lead Associate | Finalize Motion for Attorneys' Fees, Costs, and Litigation Expenses and supporting materials for filing readiness. | $500.00 | $250.00 |
| 6/5/26 | 0.3 | Michael Ohrenberger | Lead Associate | Prepare and file Plaintiff's notice of presentment, Plaintiff's motion for attorneys' fees and costs, and Certificate of Service for notice of presentment and related motion papers, and confirm docket submissions after filing. | $500.00 | $150.00 |

| Total Hours: | 23.6 | | | | Fees: | $ 10,880.00 |

EXHIBIT 1          Hampton, Tammy v. Underlining, Inc. l Case No. 1:26-cv-02488

| | |
|---|---|
| **Costs:** | $ 580.40 |
| **Expenses:** | $ 1,500.00 |
| **Total:** | $ 12,960.40 |

| | | |
|---|---|---|
| **Costs:** | Court Filing Fee | $ 405.00 |
| | Complaint Service Fee | $ 85.00 |
| | USPS Mailing - 12/4/2025 \| Informal Defendant Outreach | $ 8.02 |
| | USPS Mailing - 1/23/2026 \| Dkt. No. 17 | $ 18.22 |
| | USPS Mailing - 3/4/2026 \| Dkt. No. 25 | $ 16.04 |
| | USPS Mailing - 3/7/2026 \| Dkt. No. 28 | $ 16.04 |
| | USPS Mailing - 3/27/2026 \| Dkt. No. 30 | $ 16.04 |
| | USPS Mailing - 4/16/2026 \| Dkt. No. 34 & 35 | $ 16.04 |
| **Litigation Expenses:** | Expert Accessibility Reports | $ 1,500.00 |
| **Total:** | | $ 2,080.40 |