Tammy Hampton

Plaintiff,

v.                                                         Case No.: 1:26–cv–02488
                                                           Honorable Edmond E. Chang

Underlining, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2026:

MINUTE entry before the Honorable Edmond E. Chang: On review of the Plaintiff's motion for fees and expenses, the Plaintiff shall file a concise supplement attaching the paid invoice or other record that shows that the expert accessibility report incurred a $1,500 cost. The other aspects of the motion are reasonable: $10,880.00 in attorneys' fees, comprised of 19 hours at a reasonable hourly rate of $500.00; 4.6 hours of paralegal time at a reasonable hourly rate of ;300.00; and $580.40 in taxable costs. The supplement is due by 07/07/2026. To track the case only (no appearance is required, the case will not be called), a tracking status hearing is set for 07/17/2026 at 8:30 a.m. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.