**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

TAMMY HAMPTON, individually and on behalf of all others similarly situated,

    Plaintiff,

 vs.

UNDERLINING, INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 26-cv-2488

**PLAINTIFF'S SUPPLEMENT FOR MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's Order, ECF No. 19, Plaintiff respectfully submits this Supplement in support of Plaintiff's Motion. Specifically, Plaintiff submits the accompanying Declaration authenticating the attached invoice, as requested by the Court.

The accompanying Declaration attests that the attached invoice is a true and correct copy of the paid invoice received from AllyADA in the ordinary course of business. Plaintiff respectfully submits this Supplement and accompanying Declaration of Michael Ohrenberger to comply with the Court's directive and to supplement the evidentiary record in support of the pending Motion, at ECF No. 19.

 Dated: July 7, 2026

**EQUAL ACCESS LAW GROUP, PLLC**

*/s/ Michael Ohrenberger*
Michael Ohrenberger, Esq.
4903 Avenue N
Brooklyn, NY 11234
Phone: (716) 281-5496
Email: MOhrenberger@Ealg.law

*Attorneys for Plaintiff*