**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

TAMMY HAMPTON, individually and on behalf of all others similarly situated,

               Plaintiff,

    vs.

UNDERLINING, INC.,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 26-cv-2488

## <u>DECLARATION OF MICHAEL OHRENBERGER IN SUPPORT OF PLAINTIFF'S SUPPLEMENT REGARDING CONSULTING EXPERT INVOICE</u>

I, Michael Ohrenberger, declare as follows:

1. I am counsel of record for Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.
2. Plaintiff retained AllyADA, an accessibility consulting expert, to evaluate the accessibility of the website at issue and to prepare a report regarding the same (the "Accessibility Report").
3. In connection with the preparation of the Accessibility Report, Plaintiff incurred a cost of $1,500.00, reflecting the expert's fee for inspection, testing, and report-preparation services rendered on February 27, 2026.
4. Attached hereto as Exhibit A is a true and correct copy of the paid invoice issued by AllyADA reflecting the $1,500.00 cost described above, together with a record confirming payment], showing that this cost was actually incurred and paid by Plaintiff.
5. I make this declaration in support of Plaintiff's concise supplement identifying the $1,500.00 cost incurred for the expert Accessibility Report, submitted in accordance with the Court's Order, ECF No. 19, dated June 26, 2026.

I declare under penalty of perjury under the laws of the State of Illinois, United States that the foregoing is true and correct.

Executed on July 7, 2026.

**EQUAL ACCESS LAW GROUP, PLLC**

*/s/ Michael Ohrenberger*
Michael Ohrenberger, Esq.
4903 Avenue N
Brooklyn, NY 11234
Phone: (716) 281-5496
Email: MOhrenberger@Ealg.law
*Attorneys for Plaintiff*