# INVOICE #02325



AllyADA
Web N.G. Global SRL
allyada.com
844-ALLY-ADA



**BILL TO**
Equal Access Law Group PLLC
4903 Avenue N
Brooklyn, NY 11234

**INVOICE DETAILS**
Invoice #: 02325
Invoice Date: 2/27/2026
Due Date: 8/27/2026

| Description | Qty | Unit Price | Amount |
|---|---|---|---|
| Website Accessibility Audit — Level 1 nailboo.com | 1 | $1,500.00 | $1,500.00 |

Subtotal: $1,500.00
**TOTAL: $1,500.00**

Please include invoice number in payment reference.