# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Tammy Hampton

        Plaintiff,

v.

        Case No.: 1:26–cv–02488
        Honorable Edmond E. Chang

Underlining, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the supplement on the expert accessibility report, R. 20, the Plaintiff's motion for fees, expenses, and costs is granted in full. The Plaintiff is awarded: $9,500.00 in attorneys' fees, comprised of 19 hours at a reasonable hourly rate of $500.00 (the prior entry had an incorrect total for fees, see R. 19); $1,380 for 4.6 hours of paralegal time at a reasonable hourly rate of $300.00; $580.40 in taxable costs; and $1,500 for the expert report, for a grand total of $12,960.40. This order is enforceable with the usual post–collection mechanisms, along with the judgment. The status hearing of 07/17/2026 is vacated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.